AMERICAN BUILDING SUPPLY CORP., Appellant, v PETROCELLI GROUP, INC., Respondent, et al., Defendant.

Submitted January 7, 2013; decided February 14, 2013

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 19 NY3d 730 (2012)].

Judge RIVERA taking no part.

In the Matter of JESSIE JAMES BARNES, Appellant, v JULIE FINOCCHIO, Assistant District Attorney, et al., Respondents.

Decided February 14, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge RIVERA taking no part.